**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BRANDON SHEININ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  3:26-cv-00514-E** |
| | § | |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax, and good cause appearing, **IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax.

**SO ORDERED** on this day of **June 18, 2026**.